Form G-4

# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) __Pamela R. Shaw__ Case No. __23-02510__ Chapter __13__

All Cases: Moving Creditor __Carrington Mortgage Services, LLC__ Date Case Filed __2/26/2023__

Nature of Relief Sought: ☑ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing __June 1, 2023__ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☑ Home
   b. ☐ Car   Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date   $ __184,914.64__
   Total of all other Liens against Collateral $ __n/a__

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)   $ __241,500.00__

5. Default
   a. ☑ Pre-Petition Default
      Number of months _____   Amount $ __24,226.93__

   b. ☑ Post-Petition Default
      i. ☑ On direct payments to the moving creditor
         Number of months __3__   Amount $ __4,227.00__

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____   Amount $ _____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid       Amount $ _____
      iii. ☐ Rapidly depreciating asset
      iv. ☐ Other (describe) _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: __May 30, 2023__                                __/s/ Alexandra Kalman__
                                                         Counsel for Movant

(Rev. 12 /21/09)